# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**JAMES BARNES**                                            **PLAINTIFF**

v.                              **No. 1:17-cv-52-DPM**

**CITY OF MOUNTAIN VIEW,**
**ARKANSAS**                                            **DEFENDANT**

### ORDER

Status report, № 11, noted and appreciated. The Court didn't know about Mr. Penick's passing. Condolences. Eichenbaum Liles remains counsel of record. A new lawyer from the firm must appear by 15 June 2018. The Court directs the clerk to send this Order to Christopher O. Parker at the Eichenbaum Liles firm.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_7 June 2018_