# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JAMES BARNES**                                                    **PLAINTIFF**

v.                              No. 1:17-CV-52-DPM

**MOUNTAIN VIEW, CITY OF**                                          **DEFENDANT**

## ORDER

**1.** Motion, № 16, granted. James H. Penick, III, is removed as counsel.

**2.** For the reasons stated on the record at the 22 August 2018 hearing, an Amended Final Scheduling Order will issue.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

23 August 2018