# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JAMES BARNES**                                          **PLAINTIFF**

v.                     No. 1:17-cv-52-DPM

**CITY OF MOUNTAIN VIEW,**
**ARKANSAS**                                              **DEFENDANT**

## ORDER

The motion for extension, № 34, is granted as modified. Response due by 11 January 2019. Mountain View may reply by 18 January 2019. In the circumstances, the Amended Final Scheduling Order, № 19, is suspended and the 11 February 2019 trial is cancelled. This pause will give the Court adequate time to address the motion. It will also postpone the parties' work on pretrial filings until the Court decides whether a trial is needed, and if so, on what issues.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

4 January 2019