# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

JAMES BARNES                                                          PLAINTIFF

v.                        No. 1:17-cv-52-DPM

CITY OF MOUNTAIN VIEW,
ARKANSAS                                                              DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

*NPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 February 2019